1
2
3
4
5
6
7

The Hon. Barbara J Rothstein

8                    **UNITED STATES DISTRICT COURT**

9                  **WESTERN DISTRICT OF WASHINGTON**

10

11  ELECTRONIC SCRIPTING PRODUCTS,          )
12  INC.                                    )   WAWD Case No.: 2:21-cv-01045-BJR
                                            )
13        Plaintiff,                        )   CAND Lead Case No: 3:17-cv-05806-RS
                                            )
14        vs.                               )   **NOTICE OF CHANGE OF ADDRESS**
                                            )   **OF PLAINTIFF'S COUNSEL**
15  HTC AMERICA, INC.,                      )
16                                          )
        Defendants.                         )
17                                          )
                                            )
18  _____        )

19

20        To All Parties and their Attorney's of Record, plaintiff's counsel's new address and contact

21  information is:

22        J. Curtis Edmondson, Patent Attorney, Edmondson IP Law

23        Office address is: Weil Bldg, 229 E. Main Street, #203, Hillsboro OR 97124

24        Mailing address is: 15490 NW Oak Hills Drive, Beaverton, OR 97006

25        ph: (503) 336-3749 | fax: (503) 482-7418 | jcedmondson@edmolaw.com |

26        www.edmolaw.com

27

28

1

Respectfully submitted

2

Dated: August 5, 2021

3

4

5

BY:____/s/J. Curtis Edmondson_____

J. Curtis Edmondson, SBN 43795

6

Law Offices of J. Curtis Edmondson, PLLC

Weil Bldg, 229 E. Main Street, #203

7

Hillsboro OR 97124

8

jcedmondson@edmolaw.com

(503) 336-3749

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CHANGE OF ADDRESS**

1
2

## <u>CERTIFICATE OF SERVICE</u>

3

4      I certify that I am an attorney at the law firm offices of J. Curtis Edmondson in Hillsboro,

5

6 Oregon. I am a U.S. citizen over the age of eighteen years and not a party to the within

7 cause. On August 5, 2021, I caused to be served a true and correct copy of the foregoing

8 on counsel of record for all other parties to this action via CM/ECF

9

10                              <u>/s/ J. Curtis Edmondson</u>

11                              J. Curtis Edmondson

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CHANGE OF ADDRESS**